UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,    )
    )
-versus-    )    CRIMINAL NO.: 2:18-CR-782
    )
QUINTON ALLEN MANIGAULT,    )
    )
    Defendant.    )
_____)

**MITIGATION PACKAGE**

Submitted for Sentencing Hearing

October 19, 2021

Before the Honorable Bruce Howe Hendricks

Respectfully submitted,

FRANCIS J. CORNELY, ESQUIRE
15 Prioleau Street
Charleston, SC 29401
Telephone: (843) 937-4090

*s/Francis J. Cornely*
_____
FRANCIS J. CORNELY
Federal ID Number: 5088

ATTORNEY FOR DEFENDANT

Charleston, South Carolina

October 18, 2021.

**Quinton Allen Manigault**

| | | |
|---|---|---|
| Address: | 530 Isabell Lane<br>Charleston, SC | |
| DOB: | June 3, 1988 (33 years old) | |
| POB: | Charleston, SC | |
| Education: | Attended High School through the 10th Grade (Stall HS) | |
| Employment: | Self-employed as a mobile car washing service (Happy Car Wash)<br>And line cook at King Street Bar and Grill in Mt. Pleasant | |
| Health: | General good health, no prior mental health treatment | |
| Family: | Father: | Melvin Manigault, Sr.<br>Isabell Lane, Charleston, SC<br>Employed by SCPA Charleston |
| | Mother: | Lorri Manigault<br>Isabell Lane, Charleston, SC<br>Employed by McDonald's Corporation |
| | Sister: | VonShawnna Evans<br>Isabell Lane, Charleston, SC<br>Employed at IQOR<br>Single parent of 2 children |
| | Sister: | Shamarla Stafford<br>North Charleston, SC<br>Employed as a home health nurse<br>Married – 2 children |
| | Brother: | Melvin Manigault, Jr.<br>Summerville, SC<br>Owner/Operator of A-1 Mechanic<br>Divorced – 5 children |
| | Daughter: | Quineyah Blake (14)<br>Attends Baptist Hill High School (Freshman Class)<br>Resides with her mother in Ravenel, SC |
| | Son: | Zaylen Manigault (5)<br>Resides with his mother in FL |

Pretrial Detention:    Arrested on April 5, 2018 (1,294 days)

## **Letters of Support**

| | |
|---|---|
| Melvin and Lorrie Manigault, Sr. | Mother and Father |
| Melvin Manigault, Jr. | Brother |
| Shalmarla M. Stafford | Sister |
| VonShawnna Evans | Sister |
| Quineyah Blake | Daughter |
| Melissa Gilliard | Aunt |
| Kaydence Lloyd | Niece |
| April Perry | Close Family Friend |
| Dominique Brinkly | Friend |

To whom it may Concern

As the parents of Quinton MANigault
we are not happy with the mistakes
that he has made. However we love our
child and believe that he is a good
man. He was Raised by two loving
parents in a stable home. But we
Cannot keep our children shielded
from the people and things of the
world. And sometimes they don't always
make the best Decisions.
We are grateful and blessed Knowing
that his upbringing has made him
a man of accountability. He is
Remorseful and understands
that he has hurt not only himself
but his children and family are
suffering too.
     We love him and will support
him throughout this journey
   We ask for mercy from the
court and pray that this is
the new beginning of his transition
into an even better man
                    Sincerely
                    Lorrie & Melvin Manigault

Dear Judge. I am writing you to let you know that these last 3 years without my brother Quinton Manigault has been challenging and also nerve wrecking. Challenging because he's in there while he's missing out on family gathering and time away from his kids who loves him dearly and admires him so much. They look up to him as their very own "Sper Hero". On a normal day, if he was out into this world he would be taking his kids back and fourth to school, helping with homework and also other things like helping his elderly neighbors do things around their yards. Or bouncing from one aunt to the next seeing "whats for Dinner"? What i'm trying to say is that he is an "All around" loving/caring person that everyone loves dearly/misses like crazy out here and we can't wait for him to come home. Thanks for taking the time to read this!

Sincerely, Mimi Manigault Jr.

To whom it may Concern,

I'm writing this letter to express how much, My Brother Quinton's absent's mean to me. Quinton and I have always been Close, He's kind of like the yang to My ying. Quinton has always been the Kind of person that has Made, friend of all Kind Unfortunately these friends have Cost him a bad Choice. We as people in Life all make Mistakes Some We pay for Some we don't. I miss Quinton on a daily, He would Make it his business, no matter Where I Lived to Come and see me and My son, Now I have a 7mth old hes Never seen, I apologize to any and all, Whats involved in this Case, May God Bless you all, as you make your finally Decision Remember that We all Require different need's, We as a family need's Quinton, I love my Baby Brother and pray to be alive with all that's going on and see him Go free

Shamarie Stafford

Varisheanne R. Evans
538 Isabell ln
Wando SC, 29492

10/11/2021

Your Honor:

I am writing to urge leniency in the
sentencing of my brother Quinton A. Manigault.

I can remember the day my mom
brought my brother home from the hospital.
I'm well aware of the gravity of the
crime he's being convicted of, but it's
still hard for me to stomach it. This isn't
the person I grew up with. I'd like to
give you a perspective that will shine
some light on who Quinton Manigault is.

Quinton has always been there for me,
always willing to assist me with my children.
I've had many days when I didn't think I'd
be able to juggle work, school, and
my children. I honestly don't think I
would of been able to finish my bachelor

degree if he didn't lend me a hand.

Quinton would assist me with watching my children so I would be able to provide for them. He attended foot ball games, swim meets in my absence.

Quinton would even go to meetings when I wasn't able to he would stand in my absence. I assure you although it seems hard to believe or understand Quinton is a well rounded good person.

I hope the court take this letter into consideration at the time of Quinton Manigault sentencing. Despite the current case, I truly believe my brother Quinton Manigault is a great person with a heart of Gold

Sincerely,

Von'Sheuna Evans

Hello my name is Quineyah Blake daughter of Quinton Manigault. My dad has been in jail for 3years and 7months, 3years and 7months. I haven't got to hug my dad. I'm 14 years old, I need my father. I hate to see that my father is in jail. My friends in school always talks about how their dad is taking them out on weekends and how their dad buying them new shoes & clothes. I miss my dad so much. I miss the day when we would lay on the couch and cuddle til we both fall asleep. I miss the days when we would just ride around and stop by stores and go shopping. I think every night on how I can't just get up and call my dad. I just hope one day I could see my dad happy again. I want everything to go back to normal. I've been so sad ever since I heard from my mother that my dad was in jail. I'm in high school now and I can't go another year without hugging, cuddling or even seeing my dad.

Oct. 11, 2021

Att. Honorable Judge

Dear Honorable Judge
I Am writing this letter on the behalf
of my Nephew Mr. Quintin Manigault

I have know My Nephew for 34 Years
I share a very close Relationship, He is
A fun Loving, Respectable and to Add that He
is A great Father to his only Daughter.

Mr. Manigault has great skills and does
great work especially if And when, it is what
He enjoys doing. Given and opportunity to
Excel my Nephew does very well; if he can
Help he will, HE is greatly Loved by His
Family and I wish and pray that moving ahead
with this present situation I ask that Mr.
Manigault Please Be granted Leniency

Thank you kindly for the opportunity to
writ this Letter on My Nephew's
behalf

Ms. Melissa Gilliard

Kaydence Lloyd

10/11/2021

Hi your honer:

My Name is Kaydence

IM 6 yrs old

all I want for

christmas is for my
uncle to come home.

I miss him so much.
can you please

send him home to
me. Love
                    kaykay

To whom it may concern:

I've been knowing Quinton for the past 17yrs. Quinton is practically my brother. He's the uncle to both of my children. Quinton is a good person.

He likes to joke and play around. I even made a nickname for him (blackens) lol! I haven't seen my brother in 3yrs beside video calls. It saddens me because I had my son in 2018 and my son doesn't know his uncle. He's missing out on important milstones in my children's lives. My daughter is 14yrs old, and she's graduating this year! Her uncle won't be there to cheer her on. Our family is closely knitted together and it hurts he's missing family functions and holidays and just day to day interaction. My brother is a good dude and a hard worker! He's also missing out on my niece & nephew lives! They need their father! It's enough kids growing up w/o both parents. Don't make it so that his kids have to do the same.

To whom it may concern:

I have known Quinton Manigault for 10 years. I Relocated to the South and he was one of the first people that I met. He is a very helpful and considerate friend. when I didn't have a car he drove me and my children around to Run errands and helped me around my house with odds and ends. He helped make my early transition very easy. I appreciate him as a friend and hope that his good deeds afford him the leniency of the court.

Sincerely
Nominique Brinkly

Quineyah Blake (Daughter)

 

Zaylen Manigault (Son)

 

Melvin Manigault, Sr. and Lorrie Manigault (Parents)






Quinton and brother at an early age

Grandparents






Siblings






Nieces and Nephews






Aunts



